UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kelly Eve Brown,

CIVIL RIGHTS
Civil File No.: 01-2292 JEL/JGL

Plaintiff,

v.

**ORDER**

City of Bloomington, a Minnesota municipality;
Officer Daniel Rueben Duerksen,
personally, and in his capacity as a
Bloomington Police officer; Officer Michael David Taylor,
personally, and in his capacity as a
Bloomington Police officer,
Jane Doe and Richard Roe, unknown and unnamed
Bloomington Police officers, personally,
and in their capacities as Bloomington Police officers;
and Roger Willow, Bloomington Chief of Police,
personally and in his official capacity,

Defendants.

**ORDER**

The Court, having considered Plaintiff's request for the extension and pursuant to Ms. Linville's letter agreeing to the extension, hereby Orders that, the Scheduling Order in this case is hereby Amended so that the deadline to disclose the identity of expert witnesses and provide full disclosures will be extended 15 days. All other dates in the scheduling order shall remain the same.

Dated: Sept. 3, 2002

United States Magistrate Judge



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK