**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CIVIL RIGHTS
Civil File No.: 01-2292 JEL/JGL

Kelly Eve Brown,

Plaintiff,

v

**ORDER**

City of Bloomington, a Minnesota municipality;
Officer Daniel Rueben Duerksen,
personally, and in his capacity as a
Bloomington Police officer; Officer Michael David Taylor,
personally, and in his capacity as a
Bloomington Police officer,
Jane Doe and Richard Roe, unknown and unnamed
Bloomington Police officers, personally,
and in their capacities as Bloomington Police officers;
and Roger Willow, Bloomington Chief of Police,
personally and in his official capacity,

Defendants.

---

**ORDER**

The Court, having considered Plaintiff's request for the extension, hereby Orders that, the Scheduling Order in this case is hereby Amended so that the deadline to provide full expert disclosures will be extended three days to Friday October 18, 2002. All other dates in the scheduling order shall remain the same.

Dated: Oct. 15, 2002

United States Magistrate Judge



FILED OCT 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

10/14/2002 15:23 6123393853 WOOD & GOINS PAGE 03/03