UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kelly Eve Brown,

Plaintiff,

Court File No.: 01-2292 (JEL/JGL)

**ORDER**

City of Bloomington, a Minnesota municipality;
Officer Daniel Rueben Duerksen,
personally, and in his capacity as a
Bloomington Police officer; Officer Michael David Taylor,
personally, and in his capacity as a
Bloomington Police officer,
Jane Doe and Richard Roe, unknown and unnamed
Bloomington Police officers, personally,
and in their capacities as Bloomington Police officers;
and Roger Willow, Bloomington Chief of Police,
personally and in his official capacity,

Defendants.

---

This matter came before the Magistrate Judge on a joint Stipulation to amend the scheduling order.

Based upon the parties' joint Stipulation, **IT IS HEREBY ORDERED** that:

1. Plaintiff has until February 7, 2003, at 5:00 p.m., to serve her Response to Defendants' Motion for Summary Judgment.

2. Defendants will serve their Reply Memorandum of Law in Support of Summary Judgment upon Plaintiffs by February 14, 2003, at 5:00 p.m. Defendants will also file all motion papers with the Court by February 14, 2003.

FILED FEB 0 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Feb 5, 2003.

Jonathon G. Lebedoff
United States Magistrate Judge