UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kelly Eve Brown,

Plaintiff,

v.

Civ. No. 01-2292 (JNE/JGL)
ORDER

City of Bloomington, Daniel Rueben Duerksen, Michael David Taylor, Jane Doe, Richard Roe, and Roger Willow,

Defendants.

This matter comes before the Court on Plaintiff's appeal of an Order issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on December 13, 2002. The Magistrate Judge granted Plaintiff's Motion to Compel Discovery and to Extend Discovery in part, and denied it in part. Having reviewed the record and the arguments raised by the parties on appeal, the Court concludes that the Magistrate Judge's Order must be affirmed because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. The Magistrate Judge's December 13, 2002, Order [Docket No. 18] is AFFIRMED.

Dated: April 11, 2003

JOAN N. ERICKSEN
United States District Judge

FILED APR 11 2003
RICH...
JUDGM...
DEPUTY CLERK'S INITIALS